## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HELEN BLUNDEN                          :
                                       :
                    Plaintiff,         :
                                       :        CIVIL ACTION NO.  2:10- CV-04414 (CDJ)
          vs.                          :
                                       :
EMIGRANT MORTGAGE CO., INC.            :
                                       :
                    Defendant.  :

### PRAECIPE TO WITHDRAW  MOTION TO DISMISS WITHOUT PREJUDICE

TO THE CLERK, UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA:

      Kindly mark Defendant's Motion to Dismiss Complaint withdrawn, without prejudice.

                        Respectfully submitted,

Dated:  1|17|11

                        KLEHR HARRISON HARVEY
                        BRANZBURG LLP

                    By:  _____
                        Morton R. Branzburg, Esquire
                        Leona Mogavero, Esquire
                        1835 Market Street
                        Philadelphia, PA 19103

                        Attorneys For Defendant
                        Emigrant Mortgage Co., Inc.