**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HELEN BLUNDEN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO.:  10-4414 |
| | : | |
| EMIGRANT MORTGAGE CO., INC. | : | |
| | : | Jury of Twelve (12) Jurors Demanded |
| Defendant. | : | |

### PLAINTIFFS' PRAECIPE FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

TO THE CLERK:

Kindly voluntarily dismiss the within matter, without prejudice.

WEISBERG LAW, P.C.

/s/Matthew B. Weisberg
MATTHEW B. WEISBERG, ESQUIRE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HELEN BLUNDEN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO.:  10-4414 |
| | : | |
| EMIGRANT MORTGAGE CO., INC. | : | |
| | : | Jury of Twelve (12) Jurors Demanded |
| Defendant. | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 23rd day of February, 2011, a true and correct copy of the foregoing Plaintiffs' Praecipe for Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i) was served via ECF upon the following parties:

Morton R. Branzburg, Esq.
Leona Mogavero, Esq.
Klehr Harrison Havey & Branzburg, LLP
1835 Market St., Ste. 1400
Philadelphia, PA 19103

WEISBERG LAW, P.C.

/s/Matthew B. Weisberg
MATTHEW B. WEISBERG, ESQUIRE