IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HELEN BLUNDEN, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-4414 |
| v. | : | |
| EMIGRANT MORTGAGE CO., INC., | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 26th day of April, 2012, it is hereby ORDERED that Plaintiff's Motion to Reinstate Case and Amend Complaint is DENIED. This matter remains closed. Plaintiff is free to open a new matter and file a new complaint.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II, U.S.D.J.